## BROWN & CO. vs. CHANCELLOR & CO.

Appeal from Ellis county.

*Garnishment* can only issue when the debt sued on is due, unless in a case in which an original attachment has been issued.

*Days of Grace.*—This suit being brought and the garnishment issued on the day that the note was executed, the question whether the suit was prematurely brought is dependent upon whether or not a note payable on demand is entitled to grace. After a careful and elaborate discussion of authorities bearing upon the subject, the court concludes that it was not intended by the acts of January 11, 1862, to give grace to paper other than such as was entitled thereto under the law-merchant, and that this suit was not brought before the maturity of the paper sued on ; from which it follows that the court erred in setting aside the writ and other proceedings in garnishment on the ground that the debt was not due.

*Partnership Authority.*—A general authority to one partner, on dissolution, to settle the business of the firm, does not authorize him to give a note in the firm name to settle a firm debt, or to renew one given before dissolution.

Reversed and remanded. Stayton, Judge.